UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Morrison C. England, Jr.        **RE:  Justin  Fisher**
United States District Judge                    **Docket Number:  0972 2:16CR00076-001**
Sacramento, California                            **PERMISSION TO TRAVEL**
                                                              **OUTSIDE THE COUNTRY**


Your Honor:


Justin Fisher is requesting permission to travel to Cabo San Lucas, Mazatlan, and Puerto Vallarta, Mexico.   Justin Fisher is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**    On May 22, 2014, Justin Fisher was sentenced in the District of Alaska for the offense(s) of 18 USC 1956(h) – Conspiracy to Launder Proceeds of Unlawful Distribution of Controlled Substances; and 18 USC 982(a)(1) – Criminal Forfeiture Allegation 2.    On April 12, 2016, jurisdiction was transferred to the Eastern District of California – Sacramento.


**Sentence Imposed:**   12 months custody of the Bureau of Prisons, 36 months Supervised Release, $100 Special assessment.


**Dates and Mode of Travel:**  Departing from March 18, 2017, and returning March 25, 2017. Mode of transportation Carnival Cruise – Ship Miracle


**Purpose:**  Vacation with girlfriend, Renee Mandras, and family.


1

RE:   **Justin  Fisher**
      **Docket Number:  0972 2:16CR00076-001**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated:      December 6, 2016
            Fresno, California
            TDM/rmv

/s/ Brian J. Bedrosian
_____

**REVIEWED BY:**      **BRIAN J. BEDROSIAN**
                      **Supervising United States Probation Officer**


---

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

Dated:  December 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE


2